# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-2137

_____

United States of America

*Plaintiff - Appellee*

v.

Brandon Vazquez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Harrison

_____

Submitted: November 15, 2018
Filed: November 27, 2018
[Unpublished]

_____

Before KELLY, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Brandon Vazquez directly appeals after he pleaded guilty to being a felon in possession of a firearm, and the district court[1] imposed a within-Guidelines-range

_____

[1] The Honorable P.K. Holmes, III, Chief Judge, United States District Court for the Western District of Arkansas.

sentence. His counsel has moved to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging Vazquez's sentence on substantive and procedural grounds. We have carefully reviewed the district court's sentencing decision and find no abuse of discretion. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc). Moreover, we have independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and conclude there are no nonfrivolous issues. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____